IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Zyprexa and Seroquel Products Liability Litigation / | **ORDER STAYING CASES PENDING DETERMINATIONS BY MDL PANEL** |

    Numerous actions involving Zyprexa and Seroquel products liability have been filed in this Court. Transfer determinations by the Judicial Panel on Multidistrict Litigation are pending as MDL-1596 and MDL-1769. Until those determinations are made, all of the following cases are **STAYED** and, accordingly, any deadlines or case management conferences in these cases are **VACATED**:

CV-06-05270-WHA, *Wilson v. Eli Lilly and Co*.

    **IT IS SO ORDERED.**

Dated: September 5, 2006

                                                        WILLIAM ALSUP
                                                       UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California

Dockets.Justia.com